IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| HARLEYSVILLE MUTUAL INSURANCE COMPANY | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 2:09-cv-794-TFM [wo] |
| DAPPER, LLC, | ) ) | |
| Defendant. | ) | |

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of this Court, it is the

**ORDERED, ADJUDGED,** and **DECREED** as follows:

(1) Judgment is entered in favor of Plaintiff Harleysville Mutual Insurance Company and against Defendant Dapper, LLC.

(2) It is declared that there is no coverage available under Harleysville Commercial General Liability Policy MPA 2J9198 or Harleysville Commercial Umbrella Liability Policy BE 2J9198 for the claims against Dapper, LLC in *Fantail, Inc. v. Kishor Desai, Shital Desai, and Dapper LLC*, Civil Action Number CV-2008-358, currently pending in the Circuit Court for Elmore County.

(3) It is declared that Harleysville Mutual Insurance Company has no duty or obligation to defend or indemnify Dapper, LLC under Harleysville

      Commercial General Liability Policy MPA 2J9198 or Harleysville Commercial Umbrella Liability Policy BE 2J9198 in *Fantail, Inc. v. Kishor Desai, Shital Desai, and Dapper LLC*, Civil Action Number CV-2008-358.

(4)    It is declared that Harleysville Mutual Insurance Company has satisfied its obligations under the subject policies with regard to the claims brought against Dapper, LLC in *Fantail, Inc. v. Kishor Desai, Shital Desai, and Dapper LLC*, Civil Action Number CV-2008-358.

It is further **ORDERED** that costs are taxed against Defendant Dapper, LLC for which execution may issue.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

    DONE this 21st day of July, 2010.

                              /s/ Terry F. Moorer
                              TERRY F. MOORER
                              UNITED STATES MAGISTRATE JUDGE